IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JACKIE VOYLES, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-00553 |
| | ) | JURY DEMAND |
| LOWE'S HOME CENTERS, INC. | ) | COLLIER |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Parties hereby submit this Joint Stipulation of Dismissal of this action with prejudice.

Dated this ___ day of January 2014.

/s/
Curtis L. Collier, Judge

APPROVED FOR ENTRY:

BASS BERRY & SIMS, PLC

s/ Timothy K. Garrett
Timothy K. Garrett (BPR #012083)
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6270
Email: tgarrett@bassberry.com
Attorney for Defendant

s/ Mark N. Foster      (With Permission by Tim K. Garrett)
Mark N. Foster (BPR # 023626)
P.O. Box 192
Rockwood, TN 37854
Email: mfoster@marknfoster.com
Attorney for Plaintiff

12706807.1